James L. Jackson, Respondent, *v.* Mildred T. Jackson, Appellant.

Submitted November 29, 1948; decided December 3, 1948.

*Edwin L. La Crosse* for motion for order directing Appellate Division to supply copies of record.

*Melvin J. King* and *Irving L. Spanier* for cross motion to dismiss appeal.

Motion for order directing Appellate Division to supply copies of record dismissed.

Motion to dismiss appeal denied.